UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE SMITH,

    Plaintiff,

v.                                                          Case No: 12-14009

ADRAY, Registered Nurse and
JOHN DOES 1-5,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's "Order Adopting Magistrate Judge's Report and Recommendation," dated May 28, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Adray and against Plaintiff Steve Smith. The remaining John Doe Defendants are DISMISSED, and this case is closed.

Dated at Detroit, Michigan, this 28th day of May 2013.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/Lisa Wagner
                                                  By: Lisa Wagner, Deputy Clerk and Case
                                                  Manager to Judge Robert H. Cleland